Luke Busby, Esq.
Nevada Bar No. 10319
316 California Ave., #82
Reno, Nevada 89509
Telephone: (775) 453-0112
Facsimile: (775) 403-2192
luke@lukeandrewbusbyltd.com
*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SARAH TRACY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHURCHILL COUNTY JUSTICE OF THE PEACE BENJAMIN TROTTER, and CHURCHILL COUNTY, a political subdivision of the state of Nevada, et al.,<br><br>Defendants. | Case No.:  3:24-cv-00288-ART-CSD<br><br>**STIPULATION AND ORDER FOR EXTENSION OF DISCOVERY DEADLINES**<br><br>**[First Request]** |

Plaintiff SARAH TRACY ("Plaintiff") and Defendants CHURCHILL COUNTY JUSTICE OF THE PEACE BENJAMIN TROTTER and CHURCHILL COUNTY ("Defendants") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree that the discovery cut-off and related deadlines in this case be extended for a period of 60 days.

This is the first request for an extension of these deadlines. This request is made in good faith and is not for the purpose of delay. Pursuant to LR 26-4, the parties provide the following information to the Court in connection with their request for an extension of discovery deadlines:

A. Statement of Discovery that has been Completed The parties have exchanged initial disclosures pursuant to FRCP 26(a). Plaintiff has served interrogatories and requests for production of documents on Defendant Churchill County.

B. Description of the Discovery that Remains to be Completed The parties will need to complete written discovery, including additional requests for production, interrogatories, and requests for admission, and conduct depositions of the parties and witnesses.  A number of the witnesses who likely need to be deposed are no longer employed by Churchill County and the parties are making efforts to identify these witnesses at this time and to secure their appearances at depositions.  These witnesses include former employees who worked with Ms. Tracy during her tenure with Churchill County and/or the New River Township Justice Court.

C. Proposed Schedule for Completing all Remaining Discovery

The parties would request that the Court grant their stipulation and extend the discovery and other deadlines in the case as follows::

1. Discovery Cut-Off Date:

   - Existing: Monday, February 17, 2025

   - New: Friday, April 18, 2025

2. Amending Pleadings and Adding Parties:

   - Existing: Tuesday, November 19, 2024

   - New: Tuesday, January 21, 2025

3. Expert Disclosures:

   - Existing: Tuesday, November 19, 2024

   - New: Tuesday, January 21, 2025

4. Rebuttal Expert Disclosures:

- Existing: Tuesday, December 31, 2024

- New: Monday, March 3, 2025

5. Dispositive Motions:

- Existing: Wednesday, March 19, 2025

- New: Monday, May 19, 2025

6. Joint Pretrial Order:

- Existing: Friday, April 18, 2025

- New: Wednesday, June 18, 2025

7. Extensions or Modifications of Discovery Plan:

- Existing: Monday, January 27, 2025

- New: Friday, March 28, 2025

**IT IS SO STIPULATED.**

DATED:  October 29, 2024

BY:  /s/ Luke Busby, Esq.
Luke Busby, Esq.
Nevada Bar No. 10319
316 California Ave., #82
Reno, Nevada 89509
Telephone:  (775) 453-0112
Facsimile:  (775) 403-2192
luke@lukeandrewbusbyltd.com

DATED: October 29, 2024

BY:  /s/ Katherine Parks, Esq.
Katherine F. Parks
Thorndal Armstrong, PC
6590 S. McCarran Blvd.
Suite B
Reno, NV 89509
775-786-2882
Email: kfp@thorndal.com

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** October 30, 2024