Luke Busby, Esq.
Nevada Bar No. 10319
316 California Ave., #82
Reno, Nevada 89509
Telephone: (775) 453-0112
Facsimile: (775) 403-2192
luke@lukeandrewbusbyltd.com
*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SARAH TRACY, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>CHURCHILL COUNTY JUSTICE OF THE PEACE BENJAMIN TROTTER, and CHURCHILL COUNTY, a political subdivision of the state of Nevada, et al.,<br><br>    Defendants. | Case No.:   3:24-cv-00288-ART-CSD<br><br>**STIPULATION AND ORDER FOR EXTENSION OF DISCOVERY DEADLINES**<br><br>**[Second Request]** |

Plaintiff SARAH TRACY ("Plaintiff") and Defendants CHURCHILL COUNTY JUSTICE OF THE PEACE BENJAMIN TROTTER and CHURCHILL COUNTY ("Defendants") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree that the discovery cut-off and related deadlines in this case be extended for a period of 30 days.

This is the second request for an extension of these deadlines. This request is made in good faith and is not for the purpose of delay. The extension is necessary to complete e-discovery of electronically stored information that will form the foundation for expert analysis and subsequent expert reports. The parties anticipate that their respective experts will need to analyze electronic communications, digital records, and metadata that

are still being collected and processed. This analysis is crucial for the preparation of thorough expert reports. Pursuant to LR 26-4, the parties provide the following information to the Court in connection with their request for an extension of discovery deadlines:

### A. Statement of Discovery that has been Completed

The parties have exchanged initial disclosures pursuant to FRCP 26(a). Plaintiff has served interrogatories and requests for production of documents on Defendant Churchill County.

### B. Description of the Discovery that Remains to be Completed

The parties need to complete the collection and processing of electronically stored information that will be essential for expert analysis. This includes electronic communications, digital records, and associated metadata that must be properly preserved and analyzed. Following the completion of e-discovery, the parties will need to provide these materials to their respective experts for review and incorporation into their expert reports. Additional written discovery, including requests for production, interrogatories, and requests for admission, as well as depositions of parties and witnesses, will also need to be completed.

### C. Proposed Schedule for Completing all Remaining Discovery

**Discovery Cut-Off Date:**

Existing: Friday, April 18, 2025

New: Monday, May 19, 2025

**Amending Pleadings and Adding Parties:**

Existing: Tuesday, January 21, 2025

New: Thursday, February 20, 2025

**Expert Disclosures:**

Existing: Tuesday, January 21, 2025

New: Thursday, February 20, 2025

**Rebuttal Expert Disclosures:**

Existing: Monday, March 3, 2025

New: Wednesday, April 2, 2025

**Dispositive Motions:**

Existing: Monday, May 19, 2025

New: Wednesday, June 18, 2025

**Joint Pretrial Order:**

Existing: Wednesday, June 18, 2025

New: Friday, July 18, 2025

**Extensions or Modifications of Discovery Plan:**

Existing: Friday, March 28, 2025

New: Monday, April 28, 2025

(signature on following page)

**IT IS SO STIPULATED.**

DATED: December 21, 2024

BY: /s/ Luke Busby, Esq.
Luke Busby, Esq.
Nevada Bar No. 10319
316 California Ave., #82
Reno, Nevada 89509
Telephone: (775) 453-0112
Facsimile: (775) 403-2192
luke@lukeandrewbusbyltd.com

DATED: December 21, 2024

BY: /s/ Katherine Parks, Esq.
Katherine F. Parks
Thorndal Armstrong, PC
6590 S. McCarran Blvd.
Suite B
Reno, NV 89509
775-786-2882
Email: kfp@thorndal.com

**IT IS SO ORDERED:**

*[signature]*

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** December 23, 2024