Luke Busby, Esq.
Nevada Bar No. 10319
316 California Ave., #82
Reno, Nevada 89509
Telephone: (775) 453-0112
Facsimile: (775) 403-2192
luke@lukeandrewbusbyltd.com
*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SARAH TRACY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHURCHILL COUNTY JUSTICE OF THE PEACE BENJAMIN TROTTER, and CHURCHILL COUNTY, a political subdivision of the state of Nevada, et al.,<br><br>Defendants. | Case No.:  3:24-cv-00288-ART-CSD<br><br>**STIPULATION AND ORDER FOR EXTENSION OF DISCOVERY DEADLINES**<br><br>**[Third Request]** |

Plaintiff SARAH TRACY ("Plaintiff") and Defendants CHURCHILL COUNTY JUSTICE OF THE PEACE BENJAMIN TROTTER and CHURCHILL COUNTY ("Defendants") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree that the discovery cut-off and related deadlines in this case be extended for a period of 60 days.

This is the third request for an extension of these deadlines. This request is made in good faith and is not for the purpose of delay. Pursuant to LR 26-4, the parties provide the following information to the Court in connection with their request for an extension of discovery deadlines:

Page 1 of 4

**A. Statement of Discovery that has been Completed:**

The parties have complied with their obligations under Federal Rule of Civil Procedure (FRCP) 26(a) by exchanging initial disclosures. Plaintiff has served interrogatories and requests for production of documents on Defendant Churchill County, and Defendant has sought extensions to respond to these requests.

**B. Description of the Discovery that Remains to be Completed:**

Significant discovery remains to be completed. The parties will need to conduct depositions of key witnesses, including the parties themselves, as well as non-party witnesses who possess relevant information. Depositions for the Plaintiff and the County representative are scheduled for early May. These depositions are scheduled and are essential to clarifying factual disputes and preparing for trial.

The parties have encountered unavoidable delays that have impeded their ability to complete discovery within the current schedule. Specifically, the parties have experienced challenges in obtaining timely disclosures from third parties issued for relevant documents and information. These third-party responses have been delayed due to the volume of records requested, the need for third parties to review and redact sensitive information, and logistical issues in coordinating document production. Furthermore, the parties have faced concurrent delays in scheduling depositions due to conflicts in the availability of counsel, parties, and witnesses, as well as the need to prioritize the review of documents prior to depositions to ensure efficient and meaningful questioning.

Additionally, both parties have encountered delays in responding to discovery requests due to the complexity of the issues in this case and the need to gather and review extensive employment records. These delays have compounded the challenges of

adhering to the current discovery timeline. Despite diligent efforts to move discovery forward, including regular communication between counsel to coordinate efforts, the parties have been unable to complete the necessary discovery within the existing deadline.

A 60-day extension of the discovery period is therefore necessary to allow the parties to adequately complete written discovery, obtain and review third-party disclosures, and schedule and conduct depositions. This extension will provide sufficient time to address the logistical and procedural challenges encountered, ensure that all relevant evidence is properly obtained and reviewed, and avoid the need for further extensions or disputes regarding incomplete discovery.

**C. Proposed Schedule for Completing all Remaining Discovery:**

| Event | Existing Date | New Date |
| --- | --- | --- |
| Discovery Cut-Off Date | Monday, May 19, 2025 | Friday, July 18, 2025 |
| Dispositive Motions | Wednesday, June 18, 2025 | Tuesday, August 19, 2025 |
| Joint Pretrial Order | Friday, July 18, 2025 | Thursday, September 18, 2025 |
| Extensions or Modifications of Discovery Plan | Monday, April 28, 2025 | Friday, June 27, 2025 |

**IT IS SO STIPULATED.**

DATED: April 28, 2025

BY: \_\_\_\_\_/s/ Luke Busby_____
Luke Busby, Esq.
Nevada Bar No. 10319
316 California Ave., #82
Reno, Nevada 89509
Telephone: (775) 453-0112
Facsimile: (775) 403-2192
luke@lukeandrewbusbyltd.com

DATED: April 28, 2025

BY: /s/ Katherine Parks
Katherine F. Parks
Thorndal Armstrong, PC
6590 S. McCarran Blvd.
Suite B
Reno, NV 89509
775-786-2882
Email: kfp@thorndal.com

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** April 29, 2025