Luke Busby, Esq.
Nevada Bar No. 10319
316 California Ave., #82
Reno, Nevada 89509
Telephone: (775) 453-0112
Facsimile: (775) 403-2192
luke@lukeandrewbusbyltd.com
*Attorney for the Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SARAH TRACY, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>CHURCHILL COUNTY JUSTICE OF THE PEACE BENJAMIN TROTTER, and CHURCHILL COUNTY, a political subdivision of the state of Nevada, et al.,<br><br>    Defendants. | Case No.:   3:24-cv-00288-ART-CSD<br><br>**STIPULATION AND ORDER FOR EXTENSION OF DEADLINE TO FILE JOINT PRETRIAL ORDER AND REQUEST FOR SETTLEMENT CONFERENCE**<br><br>**THIRD REQUEST** |

Plaintiff SARAH TRACY ("Plaintiff") and Defendants CHURCHILL COUNTY JUSTICE OF THE PEACE BENJAMIN TROTTER and CHURCHILL COUNTY ("Defendants") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree that the deadline to file the joint pretrial order in this case be extended to a date 30 days after the conclusion of a settlement conference, if no resolution is reached. No motion for summary judgment is pending.

This is the third request for an extension of this deadline. This request is made in good faith and is not for the purpose of delay. The parties provide the following

Page 1

information to the Court in connection with their request for an extension of the joint pretrial order deadline:

### A. Statement Specifying the Reasons for the Extension:

The parties respectfully request this extension to facilitate meaningful settlement discussions and to allow sufficient time for the Court to schedule and conduct a settlement conference. The parties believe that a settlement conference would be productive in resolving this matter without the need for trial, given the nature of the claims and the potential for compromise. Setting the joint pretrial order deadline 30 days after the settlement conference, if no resolution is reached, will provide the necessary flexibility to pursue these efforts efficiently.

### B. Request for Settlement Conference:

The parties jointly request that the Court schedule a settlement conference with Magistrate Judge Denney at the earliest possible date.

### C. Proposed New Deadline:

Existing Deadline: Thursday, September 18, 2025

New Deadline: 30 days after the conclusion of the settlement conference, if no resolution is reached.New Deadline: Monday, November 17, 2025

**IT IS SO STIPULATED.**

DATED:  September 3, 2025

BY: ___Luke Busby, Esq._____
Luke Busby, Esq.
Nevada Bar No. 10319
316 California Ave., #82
Reno, Nevada 89509
Telephone:  (775) 453-0112
Facsimile:  (775) 403-2192
luke@lukeandrewbusbyltd.com

Page 2

DATED: September 3, 2025

BY: /s/ Katherine Parks, Esq.
Katherine F. Parks
Thorndal Armstrong, PC
6590 S. McCarran Blvd.
Suite B
Reno, NV 89509
775-786-2882
Email: kfp@thorndal.com

Upon issuance of this Order, the parties shall contact the Court's Administrative Assistant to schedule the requested settlement conference.

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** September 3, 2025