Katherine F. Parks, Esq.
Nevada Bar No. 6227
Thorndal Armstrong, PC
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
Tel:  (775) 786-2882
kfp@thorndal.com
Attorney for Defendants
CHURCHILL COUNTY JUSTICE OF THE PEACE BENJAMIN TROTTER and
CHURCHILL COUNTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SARAH TRACY, an individual,

       Plaintiff,

vs.

CHURCHILL COUNTY JUSTICE OF THE
PEACE BENJAMIN TROTTER; and
CHURCHILL COUNTY, a political
subdivision of the State of Nevada,

       Defendants.

Case No.      3:24-cv-00288-ART-CSD

**STIPULATION AND ORDER FOR
EXTENSION OF DEADLINE TO FILE
JOINT PRETRIAL ORDER**

**(SIXTH REQUEST)**

COME NOW Plaintiff, SARAH TRACY, and Defendants, BENJAMIN TROTTER and

CHURCHILL COUNTY, by and through their undersigned attorneys of record, hereby move

this Court to extend the current Joint Pretrial Order deadline of January 16, 2026, for an

additional thirty (30) days.  This is the sixth request for an extension to of this deadline.

The parties hereby stipulate and agree that this request is not made for any improper

purpose or for purposes of delay and that no party shall be prejudiced by same.  The parties have

completed all discovery in this case and presently working on the Joint Pretrial Order.  The

parties are seeking additional time to complete same due to certain calendaring constraints

involving the undersigned counsel, including an upcoming trial on defense counsel's calendar in

a matter pending in Second Judicial District Court.

- 1 -

1    Should the Court grant the instant request, the following new Joint Pretrial Order

2   deadline shall apply:

3        Current Deadline:    January 16, 2026

4        New Deadline:        February 17, 2026

5

6   DATED this 6th day of January, 2026.        DATED this 6th day of January, 2026.

7   LUKE ANDREW BUSBY, LTD        THORNDAL ARMSTRONG, PC

8

9   By:    /s/ Luke Busby                    By:    /s/ Katherine Parks
            LUKE A. BUSBY, ESQ.                    KATHERINE F. PARKS, ESQ.
10          316 California Avenue, #82             6590 S. McCarran Blvd., Suite
            Reno, Nevada  89509                    Reno, Nevada 89509
11          Attorney for Plaintiff                 Attorneys for Defendants
                                                    CHURCHILL COUNTY JUSTICE
12                                                  OF THE PEACE BENJAMIN
                                                    TROTTER and CHURCHILL
13                                                  COUNTY

14

15

16

17                          **ORDER**

18

19        IT IS SO ORDERED.

20

21        DATED: This  7th  day of  January , 2026.

22

23        _____
                    UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

- 2 -